IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT F. BERRY and BEVERLY BERRY, : : Plaintiffs, : vs. : MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., etc., : et al., : Defendants. | CA 11-0618-KD-C |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 15, 2012 is **ADOPTED** as the opinion of this Court. Accordingly, the plaintiffs' motion to remand is DENIED.

**DONE** this 5th day of April, 2012.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE